**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 19, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00055-CV

---

## MEMORIAL CITY MALL, LP, Appellant

## V.

## COTTON ON USA, INC., Appellee

---

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1050266**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 16, 2014. On February 10, 2015, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jamison, Busby, and Brown.